NO. 07-08-0392-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

FEBRUARY 27, 2009

_____

TIEN TIEN MAN, M.D., APPELLANT

V.

TEXAS TECH UNIVERSITY HEALTH SCIENCE CENTER, APPELLEE

_____

FROM THE 237TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2007-539,626; HONORABLE SAM MEDINA, JUDGE

_____

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

Pending before this Court is Tien Tien Man, M.D.'s *Motion for Withdrawal of Appeal* in which he represents he wishes to withdraw this appeal. Without passing on the merits of the case, the motion is granted and the appeal is dismissed. Tex. R. App. P. 42.1(a)(1). Per the parties' agreement, costs are to be assessed against the party incurring same.

Tex. R. App. P. 42.1(d).  Having dismissed the appeal at Tien Tien Man, M.D.'s request, no motion for rehearing will be entertained and our mandate will issue forthwith.


Patrick A. Pirtle
Justice

2